**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00711-LTB-MJW

MARLYS RATHBUN,

       Plaintiff,

vs.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
THE QWEST TELEPHONE CONCESSION PLAN,

       Defendants,

vs.

COMMUNICATIONS WORKERS OF AMERICA,
ASSOCIATION OF US WEST RETIREES, and
MARY M. HULL,

       Intervenor Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Upon Motion for Intervention (Doc 59 - filed February 3, 2006) filed by Communications Workers of America; Defendant Qwest Communications Non-opposition filed February 24, 2006; and Plaintiff's Memorandum in Opposition to Motion to Intervene (Doc 56 - Hull and AUSWR) wherein she incorporated her non-opposition to Doc 59 (Doc 64 - filed February 17, 2006), the Communications Workers of America's Motion for Intervention is **GRANTED**.



Dated:  March 8, 2006
_____