**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00711-LTB-MJW
(Consolidated w/05-cv-02503-WYD-PAC)

MARLYS RATHBUN,
        Plaintiff,

vs.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
THE QWEST TELEPHONE CONCESSION PLAN,
        Defendants,

vs.

COMMUNICATIONS WORKERS OF AMERICA,
ASSOCIATION OF US WEST RETIREES, and
MARY M. HULL,
        Intervenor Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Stipulated Motion Regarding Filing of Consolidated Amended Complaint and Defendants' Answer Thereof (Doc 98 - filed June 7, 2006) is **GRANTED**. The tendered Amended Complaint is accepted for filing.

      Defendants have **up to and including July 8, 2006** to file an answer.

Dated: June 8, 2006
_____