IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00711-LTB-MJW
(Consolidated w/05-cv-02503-WYD-PAC)

MARLYS RATHBUN and
LEROY RATHBUN, on behalf of themselves and all those similarly situated,

       Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., *et al.*,

       Defendants,

v.

COMMUNICATIONS WORKERS OF AMERICA,
ASSOCIATION OF US WEST RETIREES and MARY M. HULL,

       Intervenor Defendants.

---

**ORDER GRANTING MOTION TO AMEND CONFIDENTIALITY ORDER**
(Docket 125)

---

This Court has reviewed the Unopposed Motion to Amend Confidentiality Order (the "Motion") filed jointly by Defendants and Intervenors. This Court hereby ORDERS that:

    1.    The Motion is granted.

    2.    Paragraphs 1(c) and 4 of the Confidentiality Order in this action are amended to provide as follows:

1(c)   This Order shall be applicable to Plaintiffs, Defendants, Intervenors Communications Workers of America, the Association of US West Retirees and Mary M. Hull ("Intervenors"), and, as defined in paragraph 5 hereafter, Other law firm attorneys, Law Firm Personnel, Outside consultants/experts, Service bureaus and Other qualified persons.

4.   *Access to information designated "Confidential."* Access to information that is designated "Confidential" shall be limited to: (a) Plaintiffs (including all proposed class representatives) and Defendants (including their officers, directors, in-house counsel and employees); (b) counsel of record for Plaintiffs, Defendants, and Intervenors (but Intervenors themselves shall not have access to such information) and Other law firm personnel; (c) the Court (and all court personnel), including all court-appointed arbitrators or mediators; (d) witnesses at depositions; (e) Service bureaus; (f) Outside consultants/experts; and (g) Other qualified persons. If counsel for any Intervenor believes he has a need to show information designated "Confidential" to a representative of his client for purposes of this lawsuit and the party designating such information Confidential declines to authorize such disclosure pursuant to the terms of this Order, Intervenor's counsel may obtain, upon a showing of good cause therefor, a court order authorizing such disclosure.

DATED: July 10TH, 2006.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

2