IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  05-cv-00711-LTB-MJW

MARLYS RATHBUN and LEROY RATHBUN,
on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and
THE QWEST TELEPHONE CONCESSION PLAN,

        Defendants,

v.

COMMUNICATIONS WORKERS OF AMERICA,
ASSOCIATION OF US WEST RETIREES, and
MARY M. HULL,

        Intervenor Defendants.

_____

ORDER CONSOLIDATING DEADLINES
_____

The Court, having reviewed the Defendants' Unopposed Motion to Consolidate Two Currently-Inconsistent Deadlines for Filing Briefs in Reply to Plaintiffs' Consolidated Response Brief, and being fully advised in the premises, hereby ORDERS:

        1.    The Unopposed Motion is granted.

        2.    Defendants shall file their consolidated reply to Plaintiffs' Consolidated Opposition to Defendants' Motions for Summary Judgment on or before

August 30, 2006.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 7, 2006